UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CR555  HEA |
| ) | |
| CHRISTOPHER DAVID SCHROEDER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Tuesday, July 19, 2016, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 28th day of June, 2016.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE