UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

Courtroom Minute Sheet
ARRAIGNMENT/PLEA/CHANGE OF PLEA
WAIVER OF INDICTMENT/PLEA PROCEEDINGS

Date 7/19/2016  Case No. 4:15CR00555-HEA-1

UNITED STATES OF AMERICA v. Christopher David Schroeder

Judge Henry E. Autrey  Court Reporter A. Daley

Deputy Clerk G. Bales  Interpreter _____

Assistant United States Attorney(s) Colleen Long, Richard Finneran, Robert Livergood

Attorney(s) for Defendant Beverly Ann Beimdiek

Probation Officer _____

**Arraignment/Waiver of Indictment/Plea:**

☒ Defendant sworn.  Defendant's age 41  Education College, US Navy

☐ Defendant waives assistance of counsel ☐ Waiver filed

☐ Defendant signs waiver of indictment and consents to proceed by information

☐ Criminal ☐ superseding ☐ information ☐ indictment filed

☐ Defendant waives readings of indictment/information ☐ Defendant arraigned

☐ Defendant enters a plea of ☐ GUILTY ☐ NOT GUILTY

to counts _____ of the ☐ superseding ☐ indictment ☐ information

☐ Pretrial Motions Order ☐ issued ☐ to issue

**Change of Plea:**

☒ The Court finds the defendant competent to enter a plea of guilty.

☒ By leave of Court, the defendant withdraws former plea of not guilty and enters a plea of guilty to count(s) 2 of the ☐ superseding ☐ information ☒ indictment

☒ Guilty Plea Agreement filed  ☐ Guilty Plea Agreement filed under seal

☐ Ordered that count(s) _____ be held in abeyance until sentencing

☐ Ordered that pending motions as to defendant _____ are denied as moot

☐ Sentencing set 10/19/2016 @ 11:00AM

☐ OBJECTIONS TO OR ACCEPTANCE OF PSR DUE _____

☒ Defendant is remanded to custody  ☐ Defendant is released on existing bond

Proceedings commenced 11:18AM  Proceedings concluded 11:35AM