RECEIVED

OCT 1 4 2016

BY MAIL

ANNE M. ZIMMERMANN
azimmermann@msfirm.com

# MILLSAP & SINGER, LLC

ATTORNEYS AT LAW

612 SPIRIT DRIVE
ST. LOUIS, MISSOURI 63005

TEL (636) 537-0110
FAX (636) 537-0067

October 13, 2016

**VIA FEDERAL EXPRESS: 7774 6662 5060**
Thomas F. Eagleton Courthouse
Attn: Court Clerk
111 South 10th Street, Suite 3.300
St. Louis, MO 63102

    **RE:  U.S. v. Schroeder, 4:15-CR-00555 HEA**

Dear Sir or Madam:

    Enclosed please find an original and a copy of an Entry of Appearance and a Petition for Hearing to Adjudicate the Validity of Petitioner's Interest in Property to be filed in the above-referenced case. Please file these pleadings and send a filed stamped copy to me in the enclosed self-addressed, stamped envelope.

    Please do not hesitate to contact me if you have any questions. My direct line is 636-530-5112.

                  Respectfully yours,

                  Anne M. Zimmermann

Enclosures