THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:15CR0555 HEA |
| ) | |
| CHRISTOPHER D. SCHROEDER, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

Comes now Defendant Christopher D. Schroeder, by and through counsel, Bevy Beimdiek, Assistant Federal Public Defender, and requests leave to file Defendant's Objections to the Presentence Report under seal.

Respectfully submitted,

/s/  *Bevy Beimdiek*
BEVY  BEIMDIEK  # 33753 MO
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Bevy_Beimdiek@FD.org
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Colleen Lang, Assistant United States Attorney.

/s/  *Bevy Beimdiek*
BEVY BEIMDIEK
Assistant Federal Public Defender